**UNITED STATES DISTRICT COURT**
**District of Maine**

| | |
|---|---|
| ANTHONY M. GRIFFIN, | ) |
|       Plaintiff | ) |
| v. | )    No. 1:15-cv-00519-GZS |
| MAINE DEPARTMENT OF CORRECTIONS, et al., | ) |
|       Defendants | ) |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on January 28, 2016, his Recommended Decision (ECF No. 14).  Plaintiff filed his Objection to the Recommended Decision (ECF No. 16) on February 9, 2016.  Plaintiff filed an additional Objection to the Recommended Decision (ECF No. 17) on February 22, 2016.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a _de novo_ determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

    1.    It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

    2.    It is hereby **ORDERED** that Plaintiff's Complaint (ECF No. 1) is **DISMISSED**.

                                        /s/George Z. Singal
                                        U.S. District Judge

Dated this 25th day of February, 2016.